[No. 15401–0–I. Division One. September 22, 1986.]

*In the Matter of the Marriage of* CHARLOTTE S. RIVIERA, *Appellant, and* DANIEL J. RIVIERA, *Respondent.*

Appeal from judgments of the Superior Court for King County, No. 83–3–07120–1, Gary M. Little, J., entered September 10 and 26, 1984. *Affirmed* by unpublished opinion per Cole, J. Pro Tem., concurred in by Britt and Durham, JJ. Pro Tem.

[No. 16081–8–I. Division One. September 22, 1986.]

CENTRAL NATIONAL INSURANCE COMPANY OF OMAHA, *Respondent,* v. FIRST SOUTHERN BAPTIST CHURCH OF DEL CITY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84–2–14558–7, Arthur E. Piehler, J., entered February 7, 1985. *Affirmed* by unpublished opinion per Cole, J. Pro Tem., concurred in by Britt and Durham, JJ. Pro Tem.

[No. 16511–9–I. Division One. September 22, 1986.]

ROBERT O. BRANNON, ET AL, *Respondents,* v. ROBERT B. MCDONALD, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 83–2–09383–0, Terrence A. Carroll, J., entered May 1, 1985. *Affirmed* by unpublished opinion per Holte, J. Pro Tem., concurred in by Dore and Murphy, JJ. Pro Tem.